# United States Bankruptcy Court
## Northern District of California

|  |  |  |  |
|---|---|---|---|
| In re | **Richard Leland Milsner** **Donna Lou Milsner** | Case No. | **10-72426** |
|  | Debtor(s) | Chapter | **11** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Medflight 485 S. Rock Blvd. Reno, NV 89502 | American Medflight 485 S. Rock Blvd. Reno, NV 89502 | potential reimbursement claim | Contingent | 750,000.00 |
| ASC Mortgage PO Box 10388 Des Moines, IA 50306 | ASC Mortgage PO Box 10388 Des Moines, IA 50306 | rental property located at 3286 Gloria Terrace, Lafayette, CA 94549 (to short sale/surrender) |  | 931,400.00 (600,000.00 secured) |
| Chase Home Finance PO Box 78420 Phoenix, AZ 85062 | Chase Home Finance PO Box 78420 Phoenix, AZ 85062 | rental property property located at 2962 Eagle Rock Court, Reno, NV 89511 (to short sale/surrender) |  | 536,600.00 (450,000.00 secured) |
| Chase Home Finance PO Box 78420 Phoenix, AZ 85062 | Chase Home Finance PO Box 78420 Phoenix, AZ 85062 | rental property located at 3286 Gloria Terrace, Lafayette, CA 94549 (to short sale/surrender) |  | 377,800.00 (600,000.00 secured) (931,400.00 senior lien) |
| City National Bank c/o Peter M. Hebert,Esq. City National Bank 555 S. Flower Street, 18th Fl Los Angeles, CA 90071 | City National Bank c/o Peter M. Hebert,Esq. City National Bank Los Angeles, CA 90071 | lawsuit breach of contract City National Bank v. Richard L. Milsner, personal loan for business investment |  | 498,100.00 |

In re   **Richard Leland Milsner**
       **Donna Lou Milsner**                      Case No.   **10-72426**

                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Colonial Bank<br>c/oRyan W. Herrick<br>Jones Vargas<br>100 West Liberty Street 12th Floor<br>Reno, NV 89501 | Colonial Bank<br>c/oRyan W. Herrick<br>Jones Vargas<br>Reno, NV 89501 | lawsuit Colonial Bank v. Richard L. Milsner, Donna Milsner case no CV10-02248, personal guarantee for business investment | Disputed | 2,359,500.00 |
| Colonial Bank<br>PO Box 10088<br>Birmingham, AL 35202 | Colonial Bank<br>PO Box 10088<br>Birmingham, AL 35202 | personal guarantee for business investment | Disputed | 1,398,400.00 |
| Fremont Bank<br>39150 Fremont Blvd<br>Fremont, CA 94538 | Fremont Bank<br>39150 Fremont Blvd<br>Fremont, CA 94538 | rental property property located at 2962 Eagle Rock Court, Reno, NV 89511<br>(to short sale/surrender) | | 177,500.00<br>(450,000.00 secured)<br>(536,600.00 senior lien) |
| Heritage Bank of Commerce<br>c/o Breck E. Milde<br>Terra Law LLP<br>177 Park Ave, 3rd Fl<br>San Jose, CA 95113 | Heritage Bank of Commerce<br>c/o Breck E. Milde<br>Terra Law LLP<br>San Jose, CA 95113 | lawsuit Heritage Bank of Commerce v. Richard L. Milsner, et al, case no 109CV146598 | Contingent | 350,000.00 |
| Merrill Lynch<br>FIA Card Services<br>PO Box 301200<br>Los Angeles, CA 90030 | Merrill Lynch<br>FIA Card Services<br>PO Box 301200<br>Los Angeles, CA 90030 | consumer credit | | 205,000.00 |
| Morgan Stanley<br>PO Box 163405<br>Fort Worth, TX 76161 | Morgan Stanley<br>PO Box 163405<br>Fort Worth, TX 76161 | residential real property located at 302 Iron Horse Court, Alamo, CA 94507 | | 744,900.00<br>(1,250,000.00 secured)<br>(660,500.00 senior lien) |
| Nevada State Bank<br>PO Box 990<br>Las Vegas, NV 89125 | Nevada State Bank<br>PO Box 990<br>Las Vegas, NV 89125 | personal guarantee for Reno Medflight | Contingent | 350,000.00 |
| Nevada State Bank<br>PO Box 990<br>Las Vegas, NV 89125 | Nevada State Bank<br>PO Box 990<br>Las Vegas, NV 89125 | personal guarantee for American Medflight | Contingent | 250,000.00 |
| Pacific State Bank<br>PO Box 1649<br>Stockton, CA 95201 | Pacific State Bank<br>PO Box 1649<br>Stockton, CA 95201 | commercial rental property located at 1233 Alpine Road, Walnut Creek, CA 94596 | | 300,000.00<br>(950,000.00 secured)<br>(1,010,300.00 senior lien) |

In re **Richard Leland Milsner
Donna Lou Milsner**

Case No. **10-72426**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Scott Valley Bank**<br>**PO Box 69**<br>**Yreka, CA 96097** | **Scott Valley Bank**<br>**PO Box 69**<br>**Yreka, CA 96097** | **rental property located at 210 James Avenue, So. Lake Tahoe, CA 96150 (to surrender)** | | **1,155,000.00**<br><br>**(950,000.00 secured)** |
| **Scott Valley Bank**<br>**PO Box 69**<br>**Yreka, CA 96097** | **Scott Valley Bank**<br>**PO Box 69**<br>**Yreka, CA 96097** | **commercial rental property located at 1233 Alpine Road, Walnut Creek, CA 94596** | | **200,000.00**<br>**(950,000.00 secured)**<br>**(1,310,300.00 senior lien)** |
| **Scott Valley Bank**<br>**PO Box 69**<br>**Yreka, CA 96097** | **Scott Valley Bank**<br>**PO Box 69**<br>**Yreka, CA 96097** | **rental property located at 210 James Avenue, So. Lake Tahoe, CA 96150 (to surrender)** | | **774,900.00**<br>**(950,000.00 secured)**<br>**(1,155,000.00 senior lien)** |
| **Sierra West Development, LLC**<br>**415 US Highway 95A Ste 602**<br>**Fernley, NV 89408** | **Sierra West Development, LLC**<br>**415 US Highway 95A Ste 602**<br>**Fernley, NV 89408** | **personal guarantee of investment debt** | | **700,000.00** |
| **Wells Fargo Bank, N.A.**<br>**c/o John H. Wunsch**<br>**General Counsel, Wells Fargo**<br>**21680 Gateway Center Drive, Suite 280**<br>**Diamond Bar, CA 91765** | **Wells Fargo Bank, N.A.**<br>**c/o John H. Wunsch**<br>**General Counsel, Wells Fargo**<br>**Diamond Bar, CA 91765** | **lawsuit Wells Fargo Bank v. Richard Milsner, case no. 10-02696, personal line of credit for business purposes** | | **4,326,808.00** |
| **WestAmerica Bank**<br>**PO Box 1190**<br>**Suisun City, CA 94585** | **WestAmerica Bank**<br>**PO Box 1190**<br>**Suisun City, CA 94585** | **personal guarantee for real estate investments** | | **501,500.00** |

In re   **Richard Leland Milsner**
     **Donna Lou Milsner**
              Debtor(s)

Case No.   **10-72426**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Richard Leland Milsner** and **Donna Lou Milsner**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date   **November 11, 2010**

Signature   **/s/ Richard Leland Milsner**
          **Richard Leland Milsner**
          Debtor

Date   **November 11, 2010**

Signature   **/s/ Donna Lou Milsner**
          **Donna Lou Milsner**
          Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                             Best Case Bankruptcy

# United States Bankruptcy Court

## Northern District of California

In re    **Richard Leland Milsner,**
         **Donna Lou Milsner**

                                          Debtors

Case No.    **10-72426**

Chapter               **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,410,000.00 | | |
| B - Personal Property | Yes | 5 | 2,501,724.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 8,419,800.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 12,020,592.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 68,370.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 33,799.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 6,911,724.00 | | |
| Total Liabilities | | | | 20,440,392.00 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **Richard Leland Milsner,**
        **Donna Lou Milsner**

Case No.     **10-72426**

Debtors  ,    Chapter      **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 68,370.00 |
| Average Expenses (from Schedule J, Line 18) | 33,799.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 59,408.01 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 2,803,800.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | 12,020,592.00 | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 14,824,392.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re    **Richard Leland Milsner,**          Case No.    **10-72426**
              **Donna Lou Milsner,**
                                       Debtors

# SCHEDULE A - REAL PROPERTY

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| residential real property located at 302 Iron Horse Court, Alamo, CA 94507 | fee simple | C | 1,250,000.00 | 1,405,400.00 |
| rental property property located at 2962 Eagle Rock Court, Reno, NV 89511 (to short sale/surrender) | fee simple | C | 450,000.00 | 719,800.00 |
| commercial rental property located at 1233 Alpine Road, Walnut Creek, CA 94596 | fee simple | C | 950,000.00 | 1,510,300.00 |
| rental property located at 210 James Avenue, So. Lake Tahoe, CA 96150 (to surrender) | fee simple | C | 950,000.00 | 1,929,900.00 |
| rental property located at 3286 Gloria Terrace, Lafayette, CA 94549 (to short sale/surrender) | fee simple | C | 600,000.00 | 1,316,100.00 |
| rental property located at 238 Heather Lane, Fernley, NV 89408 (to surrender) | fee simple | C | 105,000.00 | 165,400.00 |
| rental property located at 234 Heather Lane, Fernley, NV 89408 (to surrender) | fee simple | C | 105,000.00 | 165,400.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **4,410,000.00** | (Total of this page) |
| Total > | **4,410,000.00** |  |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

In re  **Richard Leland Milsner,**             Case No.     **10-72426**
       **Donna Lou Milsner**

,

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **cash**<br>**in debtors' possession** | C | 375.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Pacific State Bank checking account #1884** | C | 1,500.00 |
| | | **Pacific State Bank savings account** | C | 0.00 |
| | | **Scott Valley Bank checking account #9321** | C | 500.00 |
| | | **Scott Valley Bank savings account** | C | 0.00 |
| | | **Union Bank checking account #4202** | C | 5.00 |
| | | **Union Bank savings account** | C | 0.00 |
| | | **Westamerica Bank checking account #8598** | C | 45.00 |
| | | **Westamerica Bank savings account** | C | 0.00 |
| | | **Nevada State Bank checking account #4783** | C | 1,500.00 |
| | | **Nevada State Bank savings account** | C | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **miscellaneous household goods and furnishings**<br>**in debtors' possession** | C | 10,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **miscellaneous art**<br>**in debtors' possession** | C | 3,500.00 |
| 6.  Wearing apparel. | | **clothing**<br>**in debtors' possession** | C | 1,000.00 |

|  | Sub-Total > | **18,425.00** |
|---|---|---|
|  | (Total of this page) | |

___4___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    **Richard Leland Milsner,**                  Case No.     **10-72426**
           **Donna Lou Milsner**

                                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.   Furs and jewelry. | | **men's rolex**<br>**in debtors' possession** | **C** | **6,500.00** |
| | | **ladies' 14k Omega necklace**<br>**in debtors' possession** | **C** | **1,000.00** |
| | | **ladies' sapphire & diamond bangle**<br>**in debtors' possession** | **C** | **1,000.00** |
| | | **18k yellow gold necklace**<br>**in debtors' possession** | **C** | **1,100.00** |
| | | **ladies' Rolex**<br>**in debtors' possession** | **C** | **2,000.00** |
| | | **ladies' diamond wedding ring**<br>**in debtors' possession** | **C** | **10,000.00** |
| | | **men's wedding band**<br>**in debtors' possession** | **C** | **1,000.00** |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **miscellaneous firearms**<br>**in debtors' possession** | **C** | **300.00** |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **X** | | | |
| 10.   Annuities. Itemize and name each issuer. | **X** | | | |
| 11.   Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Morgan Stanley investment account (529 Plan for children; not retirement)** | **C** | **0.00** |
| 12.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) held with Morgan Stanley** | **C** | **2,823.00** |
| | | **IRA through TD Ameritrade** | **C** | **200,220.00** |
| | | **IRA through Morgan Stanley** | **C** | **80,732.00** |
| 13.   Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% community property interest in R.L. Milsner, Inc. (insurance brokerage)** | **C** | **1,200,000.00** |

|  | Sub-Total > | **1,506,675.00** |
|---|---|---|
|  | (Total of this page) |  |

Sheet   **1**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                               Best Case Bankruptcy

In re    **Richard Leland Milsner,**                                    Case No.    **10-72426**
      **Donna Lou Milsner**

                                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 100% community property interest in R.L. Milsner of California, Inc. (entity handling union insurance claims, no value) | C | 0.00 |
| | | 8% community property interest in RKN Motors, LLC (motorcycle dealership, non operating) | C | 0.00 |
| | | 100% community property interest in James Avenue, LLC (owns real estate; no equity) | C | 0.00 |
| | | 66.66% community property interest in MGP Development, LLC (owns real estate; no equity) | C | 0.00 |
| | | 50% community property interest in 1395 Galindo, LLC (owns real estate; no equity) | C | 0.00 |
| | | 50% community property interest in PDS Investments, LLC (owns real estate; little equity) | C | 50,000.00 |
| | | 50% community property interest in Roseville Professional, LLC (owns real estate; little equity) | C | 50,000.00 |
| | | TD Ameritrade stock | C | 32,293.00 |
| | | Exxon Mobile stock (1,200+ shares) | C | 73,431.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | present value of non saleable ESOP promissory note due from TVM Reno Flying Service Sale of ESOP/pledge of stock | C | 135,000.00 |
| | | present value of non saleable ESOP promissory note due from TVM American Medflight Sale of ESOP/pledge of stock, subject to Carstaphen litigation claim | C | Unknown |
| | | $98,000 owed from Matt Faber (amounts due from failed investment) (indemnity claim and promissory note) (unlikely collectible) | C | 0.00 |
| | | $130,000 owed from Jeff Carzino and Zino Financial, Inc. (unlikely collectible) | C | 0.00 |

Sub-Total >      **340,724.00**
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re   **Richard Leland Milsner,**                  Case No.   **10-72426**
           **Donna Lou Milsner**

,
                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | $720,000 owed from MGP Development, LLC for 9 separate promissory notes secured by deeds of trust (Sage development) (to be foreclosed upon) | C | 135,000.00 |
| | | $1,378,786 owed from MGP Development, LLC for a promissory note secured by deeds of trust (Miller Crossing Development) (to be foreclosed upon) | C | 400,000.00 |
| | | monies owed from the State of California | C | 28,800.00 |
| | | monies owed from Tommy C. Rogers and Rachel D. Rogers | C | 2,100.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | claim for damages partnership dispute--R.L. Milsner v. Petersen pending lawsuit Contra Costa County Superior Court (defendant in bankruptcy) | C | Unknown |
| | | cross complaint Milsner v. Carstarphen, District Court of Nevada, Reno | C | Unknown |
| | | potential claim for damages against Wells Fargo, Wells Fargo Advisors and Rick Silverstein (bad investment advice) | C | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Sub-Total >     **565,900.00**
(Total of this page)

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

In re    **Richard Leland Milsner,**                                    Case No.    __10-72426__
         **Donna Lou Milsner,**

                                                    ,
                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
                         (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **PAID OFF 2000 Porsche 911 Carrera (10,000 miles) in good condition in debtors' possession** | C | 20,000.00 |
| | | **PAID OFF 2007 VW Beetle (43,500 miles) in good condition in debtors' possession** | C | 12,000.00 |
| | | **2007 BMW 750 (23,000 miles) in good condition in debtors' possession** | C | 38,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                              Sub-Total >         70,000.00
                                                           (Total of this page)
                                                                  Total >      2,501,724.00

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property                          (Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re **Richard Leland Milsner,**
**Donna Lou Milsner**

Case No. __**10-72426**__

Debtors,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- [ ] 11 U.S.C. §522(b)(2)
- [x] 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| cash | C.C.P. § 703.140(b)(1) | 375.00 | 375.00 |
| in debtors' possession | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Pacific State Bank checking account #1884 | C.C.P. § 703.140(b)(1) | 1,500.00 | 1,500.00 |
| Scott Valley Bank checking account #9321 | C.C.P. § 703.140(b)(1) | 500.00 | 500.00 |
| Westamerica Bank checking account #8598 | C.C.P. § 703.140(b)(1) | 45.00 | 45.00 |
| Nevada State Bank checking account #4783 | C.C.P. § 703.140(b)(1) | 1,500.00 | 1,500.00 |
| **Household Goods and Furnishings** | | | |
| miscellaneous household goods and furnishings | C.C.P. § 703.140(b)(3) | 10,000.00 | 10,000.00 |
| in debtors' possession | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| miscellaneous art | C.C.P. § 703.140(b)(1) | 3,500.00 | 3,500.00 |
| in debtors' possession | | | |
| **Wearing Apparel** | | | |
| clothing | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| in debtors' possession | | | |
| **Furs and Jewelry** | | | |
| men's rolex | C.C.P. § 703.140(b)(4) | 1,425.00 | 6,500.00 |
| in debtors' possession | C.C.P. § 703.140(b)(1) | 5,075.00 | |
| ladies' 14k Omega necklace | C.C.P. § 703.140(b)(1) | 1,000.00 | 1,000.00 |
| in debtors' possession | | | |
| ladies' sapphire & diamond bangle | C.C.P. § 703.140(b)(1) | 1,000.00 | 1,000.00 |
| in debtors' possession | | | |
| 18k yellow gold necklace | C.C.P. § 703.140(b)(1) | 1,100.00 | 1,100.00 |
| in debtors' possession | | | |
| ladies' Rolex | C.C.P. § 703.140(b)(1) | 2,000.00 | 2,000.00 |
| in debtors' possession | | | |
| ladies' diamond wedding ring | C.C.P. § 703.140(b)(1) | 4,480.00 | 10,000.00 |
| in debtors' possession | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401(k) held with Morgan Stanley | C.C.P. § 703.140(b)(10)(E) | 2,823.00 | 2,823.00 |
| IRA through TD Ameritrade | C.C.P. § 703.140(b)(10)(E) | 200,220.00 | 200,220.00 |
| IRA through Morgan Stanley | C.C.P. § 703.140(b)(10)(E) | 80,732.00 | 80,732.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Best Case Bankruptcy

In re   **Richard Leland Milsner,**
      **Donna Lou Milsner**
                                 Debtors

Case No.   **10-72426**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **PAID OFF 2000 Porsche 911 Carrera (10,000 miles) in good condition in debtors' possession** | **C.C.P. § 703.140(b)(2)** <br> **C.C.P. § 703.140(b)(5)** | **3,525.00** <br> **1,175.00** | **20,000.00** |
| | Total: | **322,975.00** | **343,795.00** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt

Case: 10-72426   Doc# 26   Filed: 11/11/10   Entered: 11/11/10 16:55:15   Page 14 of 47

B6D (Official Form 6D) (12/07)

In re    **Richard Leland Milsner,**
      **Donna Lou Milsner**

Case No. ___**10-72426**___

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **1127078862** | | | | | 1st mortgage | | | | | |
| ASC Mortgage PO Box 10388 Des Moines, IA 50306 | C | | | | rental property located at 3286 Gloria Terrace, Lafayette, CA 94549 (to short sale/surrender) | | | | | |
| | | | | | Value $     **600,000.00** | | | | 931,400.00 | 331,400.00 |
| Account No. **xx6542** | | | | | auto loan | | | | | |
| BMW Financial Services Customer Service Center PO Box 3608 Dublin, OH 43016-0306 | C | | | | 2007 BMW 750 (23,000 miles) in good condition in debtors' possession | | | | | |
| | | | | | Value $     **38,000.00** | | | | 39,500.00 | 1,500.00 |
| Account No. | | | | | 1st mortgage | | | | | |
| Chase Home Finance PO Box 78420 Phoenix, AZ 85062 | C | | | | residential real property located at 302 Iron Horse Court, Alamo, CA 94507 | | | | | |
| | | | | | Value $     **1,250,000.00** | | | | 660,500.00 | 0.00 |
| Account No. **0001730007762** | | | | | 1st mortgage | | | | | |
| Chase Home Finance PO Box 78420 Phoenix, AZ 85062 | C | | | | rental property property located at 2962 Eagle Rock Court, Reno, NV 89511 (to short sale/surrender) | | | | | |
| | | | | | Value $     **450,000.00** | | | | 536,600.00 | 86,600.00 |

__3__ continuation sheets attached

Subtotal
(Total of this page)     **2,168,000.00**     **419,500.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

In re  **Richard Leland Milsner,**        Case No. **10-72426**
      **Donna Lou Milsner**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 00429423395359 <br><br> **Chase Home Finance** <br> **PO Box 78420** <br> **Phoenix, AZ 85062** | C | | 2nd mortgage <br><br> **rental property located at 3286 Gloria Terrace, Lafayette, CA 94549 (to short sale/surrender)** <br><br> Value $      **600,000.00** | | | | 377,800.00 | 377,800.00 |
| Account No. <br><br> **Contra Costa County Tax Collector** <br> **PO Box 631** <br> **Martinez, CA 94553** | C | | property taxes <br><br> **rental property located at 3286 Gloria Terrace, Lafayette, CA 94549 (to short sale/surrender)** <br><br> Value $      **600,000.00** | | | | 6,900.00 | 6,900.00 |
| Account No. 450019006 <br><br> **Fremont Bank** <br> **39150 Fremont Blvd** <br> **Fremont, CA 94538** | C | | 2nd mortgage (HELOC) <br><br> **rental property property located at 2962 Eagle Rock Court, Reno, NV 89511 (to short sale/surrender)** <br><br> Value $      **450,000.00** | | | | 177,500.00 | 177,500.00 |
| Account No. 896974227 <br><br> **Green Tree Mortgage** <br> **PO Box 94710** <br> **Palatine, IL 60094** | C | | mortgage <br><br> **rental property located at 238 Heather Lane, Fernley, NV 89408 (to surrender)** <br><br> Value $      **105,000.00** | | | | 165,400.00 | 60,400.00 |
| Account No. 896974235 <br><br> **Green Tree Mortgage** <br> **PO Box 94710** <br> **Palatine, IL 60094** | C | | mortgage <br><br> **rental property located at 234 Heather Lane, Fernley, NV 89408 (to surrender)** <br><br> Value $      **105,000.00** | | | | 165,400.00 | 60,400.00 |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      **893,000.00**      **683,000.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

In re   **Richard Leland Milsner,**
           **Donna Lou Milsner**

                                          ,
                             Debtors

Case No.    **10-72426**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Morgan Stanley** <br> **PO Box 163405** <br> **Fort Worth, TX 76161** | | C | 2nd mortgage (HELOC) <br><br> residential real property located at 302 Iron Horse Court, Alamo, CA 94507 <br><br> Value $      **1,250,000.00** | | | | **744,900.00** | **155,400.00** |
| Account No. **51009989** <br><br> **Pacific State Bank** <br> **PO Box 1649** <br> **Stockton, CA 95201** | | C | 2nd mortgage <br><br> commercial rental property located at 1233 Alpine Road, Walnut Creek, CA 94596 <br><br> Value $      **950,000.00** | | | | **300,000.00** | **300,000.00** |
| Account No. <br><br> **Presidio Bank** <br> **c/o Dennis D. Miller** <br> **Stein & Lubin LLP** <br> **600 Montgomery Street 14th Fl** <br> **San Francisco, CA 94111** | X | C | 100% community property interest in R.L. Milsner, Inc. (insurance brokerage) <br><br> Value $      **1,200,000.00** | X | | | **1,168,000.00** | **0.00** |
| Account No. **005451108001** <br><br> **Scott Valley Bank** <br> **PO Box 69** <br> **Yreka, CA 96097** | | C | 1st mortgage <br><br> rental property located at 210 James Avenue, So. Lake Tahoe, CA 96150 (to surrender) <br><br> Value $      **950,000.00** | | | | **1,155,000.00** | **205,000.00** |
| Account No. <br><br> **Scott Valley Bank** <br> **PO Box 69** <br> **Yreka, CA 96097** | | C | 2nd mortgage <br><br> rental property located at 210 James Avenue, So. Lake Tahoe, CA 96150 (to surrender) <br><br> Value $      **950,000.00** | | | | **774,900.00** | **774,900.00** |

Sheet  **2**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **4,142,800.00** | **1,435,300.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

In re　**Richard Leland Milsner,**
　　　　**Donna Lou Milsner**

Case No.　**10-72426**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. | | | | | 3rd mortgage | | | | | |
| Scott Valley Bank PO Box 69 Yreka, CA 96097 | C | | | | commercial rental property located at 1233 Alpine Road, Walnut Creek, CA 94596 | | | | | |
| | | | | | Value $　　　950,000.00 | | | | 200,000.00 | 200,000.00 |
| Account No. **003** | | | | | 1st mortgage | | | | | |
| Union Bank PO Box 85643 San Diego, CA 92186 | C | | | | commercial rental property located at 1233 Alpine Road, Walnut Creek, CA 94596 | | | | | |
| | | | | | Value $　　　950,000.00 | | | | 1,010,300.00 | 60,300.00 |
| Account No. | | | | | property taxes | | | | | |
| Washoe County Tax Collector PO Box 30039 Reno, NV 89520 | C | | | | rental property property located at 2962 Eagle Rock Court, Reno, NV 89511 (to short sale/surrender) | | | | | |
| | | | | | Value $　　　450,000.00 | | | | 5,700.00 | 5,700.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 1,216,000.00 | 266,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 8,419,800.00 | 2,803,800.00 |

In re    **Richard Leland Milsner,**                             Case No.     **10-72426**
             **Donna Lou Milsner**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                  Best Case Bankruptcy

In re    **Richard Leland Milsner,**
          **Donna Lou Milsner**                                       Case No.     **10-72426**

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | potential reimbursement claim | | | | |
| **American Medflight** **485 S. Rock Blvd.** **Reno, NV 89502** | C | | | | | | X | | 750,000.00 |
| Account No. **xx7773** | | | | | consumer credit | | | | |
| **AT&T Citi** **PO Box 6500** **Sioux Falls, SD 57117** | C | | | | | | | | 9,575.00 |
| Account No. **xx8048** | | | | | consumer credit | | | | |
| **Banana Republic** **PO Box 530942** **Atlanta, GA 30353** | C | | | | | | | | 1,950.00 |
| Account No. | | | | | consumer credit | | | | |
| **Bank of America** **PO Box 15102** **Wilmington, DE 19886-5102** | C | | | | | | | | 9,050.00 |
| | | | | | Subtotal (Total of this page) | | | | 770,575.00 |

   **7**    continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                         S/N:38400-101029    Best Case Bankruptcy

In re **Richard Leland Milsner,**
      **Donna Lou Milsner**

Case No.    **10-72426**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx5983** <br><br> **Bank of America - WorldPoints** <br> **PO Box 15102** <br> **Wilmington, DE 19886-5102** | C | | | consumer credit | | | | 76,900.00 |
| Account No. **xx2475** <br><br> **Capital One** <br> **PO Box 60024** <br> **City Of Industry, CA 91716** | C | | | consumer credit | | | | 9,200.00 |
| Account No. **xx0390** <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | C | | | consumer credit | | | | 8,200.00 |
| Account No. **xx4833** <br><br> **Chase - United** <br> **Chase** <br> **PO Box 94014** <br> **Palatine, IL 60094** | C | | | consumer credit | | | | 29,200.00 |
| Account No. **xx8449** <br><br> **Chase - United** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | C | | | consumer credit | | | | 31,000.00 |

Sheet no. **1** of **7** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**154,500.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

In re **Richard Leland Milsner,**
     **Donna Lou Milsner**

Case No. ____**10-72426**____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5670** <br><br> **Children's Place Plan** **Processing Center** **Des Moines, IA 50364** | C | | consumer credit | | | | 150.00 |
| Account No. **xx2116** <br><br> **Citi Cards** **PO Box 6940** **The Lakes, NV 88901-6940** | C | | consumer credit | | | | 7,000.00 |
| Account No. <br><br> **City National Bank** **c/o Peter M. Hebert,Esq.** **City National Bank** **555 S. Flower Street, 18th Fl** **Los Angeles, CA 90071** | C | | lawsuit breach of contract City National Bank v. Richard L. Milsner, personal loan for business investment | | | | 498,100.00 |
| Account No. <br><br> **Colonial Bank** **c/oRyan W. Herrick** **Jones Vargas** **100 West Liberty Street 12th Floor** **Reno, NV 89501** | C | | lawsuit Colonial Bank v. Richard L. Milsner, Donna Milsner case no CV10-02248, personal guarantee for business investment | | | X | 2,359,500.00 |
| Account No. <br><br> **Colonial Bank** **PO Box 10088** **Birmingham, AL 35202** | C | | personal guarantee for business investment | | | X | 1,398,400.00 |

Sheet no. ___**2**___ of ___**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,263,150.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

In re **Richard Leland Milsner,**     Case No. **10-72426**
       **Donna Lou Milsner**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx96806** | | | | consumer credit | | | | |
| **Dillard's/GEMB American Express Card PO Box 960012 Orlando, FL 32896** | C | | | | | | | 2,400.00 |
| Account No. **3140829** | | | | personal loan | | | | |
| **Fremont Bank 39150 Fremont Blvd Fremont, CA 94538** | C | | | | | | | 400.00 |
| Account No. **xx9868** | | | | consumer credit | | | | |
| **Gap PO Box 530942 Atlanta, GA 30353** | C | | | | | | | 2,100.00 |
| Account No. | | | | lawsuit Heritage Bank of Commerce v. Richard L. Milsner, et al, case no 109CV146598 | | | | |
| **Heritage Bank of Commerce c/o Breck E. Milde Terra Law LLP 177 Park Ave, 3rd Fl San Jose, CA 95113** | C | | | | | X | | 350,000.00 |
| Account No. | | | | lawsuit John Carstarphen v. Richard Milsner case no 3:07CV00542ECR-RAM | | | | |
| **John Carstarphen c/o Richard G. Hill Richard G. Hill, Chartered 652 Forest Street Reno, NV 89509** | C | | | | | | X | Unknown |

Sheet no. __3___ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **354,900.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re   **Richard Leland Milsner,**          Case No.    **10-72426**
        **Donna Lou Milsner**

                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2367-876** | | | consumer credit | | | | |
| Kohl's PO Box 30510 Los Angeles, CA 90030 | | C | | | | | 1,400.00 |
| Account No. **xx296-552-0** | | | consumer credit | | | | |
| Macy's PO Box 6938 The Lakes, NV 88901 | | C | | | | | 4,200.00 |
| Account No. **xx1021** | | | consumer credit | | | | |
| Merrill Lynch FIA Card Services PO Box 301200 Los Angeles, CA 90030 | | C | | | | | 205,000.00 |
| Account No. | | | personal guarantee for Reno Medflight | | | | |
| Nevada State Bank PO Box 990 Las Vegas, NV 89125 | | C | | | X | | 350,000.00 |
| Account No. | | | personal guarantee for American Medflight | | | | |
| Nevada State Bank PO Box 990 Las Vegas, NV 89125 | | C | | | X | | 250,000.00 |

Sheet no. **4** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
            (Total of this page)     **810,600.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

In re **Richard Leland Milsner,**                           Case No.    __**10-72426**__
        **Donna Lou Milsner**

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx24604** <br><br> **Nordstrom** <br> **PO Box 79137** <br> **Phoenix, AZ 85062** | C | | consumer credit | | | | 2,750.00 |
| Account No. **xx1879** <br><br> **Old Navy** <br> **PO Box 530942** <br> **Atlanta, GA 30353** | C | | consumer credit | | | | 1,275.00 |
| Account No. <br><br> **Pottery Barn** <br> **PO Box 659705** <br> **San Antonio, TX 78265** | C | | consumer credit | | | | 2,000.00 |
| Account No. <br><br> **Reno Flying Services, Inc.** <br> **485 S Rock Blvd.** <br> **Reno, NV 89502** | C | | promissory note due | | | | 42,484.00 |
| Account No. <br><br> **Sallie Mae Servicing** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773** | C | | (daughter's) student loans, guarantee (2 loans) [PAID BY DAUGHTER] | X | | | 10,500.00 |

Sheet no. __**5**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
(Total of this page)      **59,009.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

In re   **Richard Leland Milsner,**
       **Donna Lou Milsner**

Case No.    **10-72426**

               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Sallie Mae Servicing**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | C | | | **(son's) student loan, guarantee (1 loan) [PAID BY SON]** | X | | | 12,800.00 |
| Account No. **5049 xx0070** <br><br>**Sears**<br>**PO Box 6937**<br>**The Lakes, NV 88901** | C | | | **consumer credit** | | | | 2,300.00 |
| Account No. **5121 xx0700** <br><br>**Sears - Mastercard**<br>**PO Box 6937**<br>**The Lakes, NV 88901** | C | | | **consumer credit** | | | | 7,200.00 |
| Account No. <br><br>**Sierra West Development, LLC**<br>**415 US Highway 95A Ste 602**<br>**Fernley, NV 89408** | C | | | **personal guarantee of investment debt** | | | | 700,000.00 |
| Account No. <br><br>**Union Bank**<br>**PO Box 85643**<br>**San Diego, CA 92186** | C | | | **cash reserve line** | | | | 6,800.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

729,100.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re   **Richard Leland Milsner,**
       **Donna Lou Milsner**                                                    Case No.   **10-72426**
                                                                       ,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx862-420** | | | **consumer credit** | | | | |
| **Victoria's Secret** **PO Box 182128** **Columbus, OH 43218** | | C | | | | | **1,150.00** |
| Account No. | | | **lawsuit Wells Fargo Bank v. Richard Milsner, case no. 10-02696, personal line of credit for business purposes** | | | | |
| **Wells Fargo Bank, N.A.** **c/o John H. Wunsch** **General Counsel, Wells Fargo** **21680 Gateway Center Drive, Suite 280** **Diamond Bar, CA 91765** | | C | | | | | **4,326,808.00** |
| Account No. | | | **personal guarantee for real estate investments** | | | | |
| **WestAmerica Bank** **PO Box 1190** **Suisun City, CA 94585** | X | C | | | | | **49,300.00** |
| Account No. | | | **personal guarantee for real estate investments** | | | | |
| **WestAmerica Bank** **PO Box 1190** **Suisun City, CA 94585** | | C | | | | | **501,500.00** |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __**7**__ of __**7**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **4,878,758.00** |
| Total (Report on Summary of Schedules) | | **12,020,592.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

In re  **Richard Leland Milsner,**  Case No. **10-72426**
**Donna Lou Milsner**
_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Richard Leland Milsner,**                        Case No.     **10-72426**
               **Donna Lou Milsner**

                                Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **R.L. Milsner, Inc.**<br>**1233 Alpine Road**<br>**Walnut Creek, CA 94596** | **Presidio Bank**<br>**c/o Dennis D. Miller**<br>**Stein & Lubin LLP**<br>**600 Montgomery Street 14th Fl**<br>**San Francisco, CA 94111** |
| **Tod A. Ratfield**<br>**1233 Alpine Road**<br>**Walnut Creek, CA 94596** | **WestAmerica Bank**<br>**PO Box 1190**<br>**Suisun City, CA 94585** |

**0**
—— continuation sheets attached to Schedule of Codebtors

In re    **Richard Leland Milsner**
       **Donna Lou Milsner**       Case No.   **10-72426**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**son**<br>**daughter** | AGE(S):<br>**14**<br>**16** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **VP** | **HR Assistant** |
| Name of Employer | **R.L. Milsner, Inc.** | **R.L. Milsner, Inc.** |
| How long employed | **31 years** | **10 years** |
| Address of Employer | **1233 Alpine Road**<br>**Walnut Creek, CA 94596** | **1233 Alpine Road**<br>**Walnut Creek, CA 94596** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 21,280.00 | $ | 1,400.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 21,280.00 | $ | 1,400.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 5,436.00 | $ | 374.00 |
|     b. Insurance | $ | 0.00 | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 5,436.00 | $ | 374.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 15,844.00 | $ | 1,026.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>      dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify):     **See Detailed Income Attachment** | $ | 51,500.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 51,500.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 67,344.00 | $ | 1,026.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 68,370.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re   **Richard Leland Milsner**
    **Donna Lou Milsner**                                    Case No.   __10-72426__
_____
                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Monthly Income:**

| | | |
|---|---|---|
| from sale of ESOP American Medflight | $ 15,000.00 | $ 0.00 |
| from sale of ESOP Reno Flying Service | $ 3,500.00 | $ 0.00 |
| rental property income (1233 Alpine) | $ 13,000.00 | $ 0.00 |
| **Trustee Income** | $ 20,000.00 | $ 0.00 |
| **Total Other Monthly Income** | $ 51,500.00 | $ 0.00 |

In re    **Richard Leland Milsner**
      **Donna Lou Milsner**                           Case No.    **10-72426**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 7,431.00 |
|    a. Are real estate taxes included?      Yes ___    No _X_ | | |
|    b. Is property insurance included?      Yes ___    No _X_ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 600.00 |
|             b. Water and sewer | $ | 100.00 |
|             c. Telephone | $ | 60.00 |
|             d. Other   **See Detailed Expense Attachment** | $ | 480.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 1,500.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 1,000.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 700.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 280.00 |
|             b. Life | $ | 500.00 |
|             c. Health | $ | 130.00 |
|             d. Auto | $ | 150.00 |
|             e. Other   **earthquake insurance** | $ | 150.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify)   **See Detailed Expense Attachment** | $ | 2,600.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|             a. Auto | $ | 0.00 |
|             b. Other   **residence -2nd mortgage** | $ | 3,000.00 |
|             c. Other   **rental Alpine -mortgage** | $ | 8,078.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 6,000.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|      Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 33,799.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 68,370.00 |
| b.    Average monthly expenses from Line 18 above | $ | 33,799.00 |
| c.    Monthly net income (a. minus b.) | $ | 34,571.00 |

In re    **Richard Leland Milsner**
       **Donna Lou Milsner**            Case No.   **10-72426**

               Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| cable | $ | 170.00 |
| cell phone | $ | 200.00 |
| garbage | $ | 30.00 |
| internet | $ | 80.00 |
| **Total Other Utility Expenditures** | $ | **480.00** |

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| property taxes (residence) | $ | 1,240.00 |
| property taxes (rental Alpine) | $ | 1,360.00 |
| **Total Tax Expenditures** | $ | **2,600.00** |

# United States Bankruptcy Court
## Northern District of California

In re    **Richard Leland Milsner**
       **Donna Lou Milsner**                 Case No.    **10-72426**

                         Debtor(s)          Chapter      **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **29**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 11, 2010**          Signature    **/s/ Richard Leland Milsner**
                                                 **Richard Leland Milsner**
                                                 Debtor

Date   **November 11, 2010**          Signature    **/s/ Donna Lou Milsner**
                                                 **Donna Lou Milsner**
                                                 Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Richard Leland Milsner**
       **Donna Lou Milsner**

Case No.    **10-72426**

Debtor(s)

Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $212,800.00 | **2010 YTD: Husband Wages** |
| $240,038.00 | **2009: Husband Wages** |
| $240,038.00 | **2008: Husband Wages** |
| $14,000.00 | **2010 YTD: Wife Wages** |
| $16,800.00 | **2009: Wife Wages** |
| $16,800.00 | **2008: Wife Wages** |

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$167,896.00** | **2008: Interest Income** |
| **$139,000.00** | **2010 YTD: Gross Rental Income** |
| **$276,896.00** | **2009: Gross Rental Income** |
| **$276,896.00** | **2008: Gross Rental Income** |
| **$188,500.00** | **2010 YTD: Husband Trustee Income** |
| **$158,000.00** | **2009: Husband Trustee Income** |
| **$158,000.00** | **2008: Husband Trustee Income** |
| **$42,000.00** | **2009: Husband ESOP income (Reno Fly)** |
| **$42,000.00** | **2008: Husband ESOP income (Reno Fly)** |
| **$150,000.00** | **2010 YTD: Husband ESOP income (American Medflight)** |
| **$471,514.00** | **2009: Husband ESOP income (American Medflight)** |
| **$300,000.00** | **2008 IRA distribution** |

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase Home Finance**<br>**PO Box 78420**<br>**Phoenix, AZ 85062** | **8/10, 9/10, 10/10** | **$22,293.00** | **$660,500.00** |
| **Morgan Stanley**<br>**PO Box 163405**<br>**Fort Worth, TX 76161** | **8/10, 9/10, 10/10** | **$4,506.00** | **$744,900.00** |
| **Union Bank**<br>**PO Box 85643**<br>**San Diego, CA 92186** | **8/10, 9/10, 10/10** | **$24,234.00** | **$1,010,300.00** |
| **Pacific State Bank**<br>**PO Box 1649**<br>**Stockton, CA 95201** | **8/10, 9/10, 10/10** | **$6,000.00** | **$300,000.00** |
| **BMW Financial Services**<br>**Customer Service Center**<br>**PO Box 3608**<br>**Dublin, OH 43016-0306** | **8/10, 9/10, 10/10** | **$5,748.00** | **$39,500.00** |
| **Fremont Bank**<br>**39150 Fremont Blvd**<br>**Fremont, CA 94538** | **8/10, 9/10, 10/10** | **$1,123.00** | **$400.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **WestAmerica Bank**<br>**PO Box 1190**<br>**Suisun City, CA 94585** | **8/10, 9/10, 10/10** | **$7,639.50** | **$49,300.00** |
| **Green Tree Mortgage**<br>**PO Box 94710**<br>**Palatine, IL 60094** | **8/10, 9/10, 10/10** | **$3,881.00** | **$165,400.00** |
| **Green Tree Mortgage**<br>**PO Box 94710**<br>**Palatine, IL 60094** | **8/10, 9/10, 10/10** | **$3,897.33** | **$165,400.00** |
| **Scott Valley Bank** | **8/10, 9/10, 10/10** | **$30,000.00** | **$820,000.00** |
| **Tasman**<br>**PDS Investment, LLC**<br>**1923 Judith Pl**<br>**Concord, CA 94521** | **8/10, 9/10, 10/10** | **$7,020.00** | **$68,400.00** |

None ■    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850˚. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Presidio Bank v. R.L. Milsner, et al, case no. CGC-10-498111** | **breach of contract** | **San Francisco Superior Court - San Francisco, CA** | **settled** |
| **City National Bank v. Richard L. Milsner, case no. CIVMSC 09-01717** | **breach of contract** | **Contra Costa County Superior Court - Martinez, CA** | **pending** |
| **John Carstarphen v. Richard Milsner case no. 3:07CV00542 ECR-RAM** | **counterlawsuit** | **District Court of Nevada - Reno, NV** | **pending** |
| **Wells Fargo v. Richard L. Milsner case no. CIVMSC10-02696** | **breach of contract** | **Contra Costa County Superior Court - Martinez, CA** | **pending** |
| **Colonial Bank v. Richard L. Milsner, Donna Milsner case no. CV10-02248** | **breach of contract** | **Wahoe County 2nd Judicial District Court - Reno, NV** | **pending** |

˚ Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **R.L. Milsner v. Petersen, case no. C07-01272** | claim for damages; partnership dispute | **Contra Costa County Superior Court, Martinez, CA (subject to bankruptcy stay)** | **pending** |
| **Heritage Bank of Commerce v. Richard L. Milsner, et al, case no 109CV146598** | breach of contract | **Santa Clara County Superior Court, Unlimited Jurisdiction, CA** | **pending** |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices of David A. Arietta** | **8/10** | **$1,000 pre-BK services** |
| **700 Ygnacio Valley Road, Suite 150** | | |
| **Walnut Creek, CA 94596** | **10/10** | **$30,000 plus filing fees** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Buyer** | **10/1/10** | **short sale of property located at 4854** |
| **4854 Buckhaven Court** | | **Buckhaven Court, Reno, NV  89519 for $200,000** |
| **Reno, NV 89519** | | |
| none | | |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18 . Nature, location and name of business

| None ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
|---|---|

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **R.L. Milsner, Inc. Insurance Brokerage** | 94-2494656 | **1233 Alpine Road #200 Walnut Creek, CA 94596** | **insurance brokerage** | **from 5/1/1978 to present** |
| **R.L. Milsner of California, Inc.** | not yet | **1233 Alpine Road #200 Walnut Creek, CA 94596** | **insurance brokerage** | **from 6/22/2010 to present** |
| **RKN Motors, LLC** | 27-1786828 | **1233 Alpine Road #200 Walnut Creek, CA 94596** | **nature of business** | **from 1/6/2010 to present** |
| **MGP Development, LLC** | 20-5873654 | **1233 Alpine Road #200 Walnut Creek, CA 94596** | **real estate** | **10/19/06 to present** |
| **1395 Galindo, LLC** | 56-2569595 | **1233 Alpine Road #200 Walnut Creek, CA 94596** | **real estate** | **from 3/17/06 to present** |
| **PDS Investments, LLC** | 68-0427533 | **1233 Alpine Road #200 Walnut Creek, CA 94596** | **real estate** | **from 9/7/02 to present** |
| **Roseville Professional, LLC** | 01-0863470 | **1233 Alpine Road #200 Walnut Creek, CA 94596** | **real estate** | **from 4/10/06 to present** |
| **American Energy** | | **1233 Alpine Road, #200 Walnut Creek, CA 94596** | **hydro electric energy plant** | **until 2008** |
| **California Roofing** | | **1233 Alpine Road #200 Walnut Creek, CA 94596** | **shareholder in roofing company** | **until 2006** |

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS       DATES SERVICES RENDERED

**DZH Phillips**
**135 Main Street #9**
**San Francisco, CA 94105**

**Judy Stevenson, bookkeeper**
**1233 Alpine Road**
**Walnut Creek, CA 94596**

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME       ADDRESS       DATES SERVICES RENDERED

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME       ADDRESS

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS       DATE ISSUED

---

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY       INVENTORY SUPERVISOR       DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY       NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS       NATURE OF INTEREST       PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **November 11, 2010**     Signature   **/s/ Richard Leland Milsner**
                                                            **Richard Leland Milsner**
                                                            Debtor

Date   **November 11, 2010**     Signature   **/s/ Donna Lou Milsner**
                                                             **Donna Lou Milsner**
                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Case: 10-72426    Doc# 26    Filed: 11/11/10    Entered: 11/11/10 16:55:15    Page 45 of 47

# United States Bankruptcy Court
## Northern District of California

In re **Richard Leland Milsner**
**Donna Lou Milsner**
_____
Debtor(s)

Case No. **10-72426**
Chapter **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Richard Leland Milsner**
**Donna Lou Milsner**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) **10-72426**

X **/s/ Richard Leland Milsner**          **November 11, 2010**
Signature of Debtor                        Date

X **/s/ Donna Lou Milsner**               **November 11, 2010**
Signature of Joint Debtor (if any)         Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of California

In re    **Richard Leland Milsner**
       **Donna Lou Milsner**

Case No.    **10-72426**

Debtor(s)

Chapter    **11**

## <u>CREDITOR MATRIX COVER SHEET</u>

      I declare that the attached Creditor Mailing Matrix, consisting of ____ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:    **November 11, 2010**

**/s/ David A. Arietta**

Signature of Attorney
**David A. Arietta 167865
Law Offices of David A. Arietta
700 Ygnacio Valley Road, Suite 150
Walnut Creek, CA 94596
(925) 472-8000   Fax: (925) 472-5925**

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - www.bestcase.com

Best Case Bankruptcy