DAVID A. ARIETTA, ESQ. (SBN 167865)
LAW OFFICES OF DAVID A. ARIETTA
700 Ygnacio Valley Road, Suite 150
Walnut Creek, CA 94596
Telephone: (925) 472-8000
Fax: (925) 472-5925

Attorney for Debtors
RICHARD LELAND MILSNER
DONNA LOU MILSNER

The following constitutes
the order of the court. Signed December 02, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

RICHARD LELAND MILSNER
DONNA LOU MILSNER,

Debtors.

Case No.: 10-72426 RLE11

Chapter 11

**ORDER CONTINUING STATUS CONFERENCE**

The Court, having reviewed and considered Debtors' Ex Parte Application to Continue Status Conference, the supporting Declaration, and good cause appearing therefore:

IT IS ORDERED THAT:

1. The Status Conference in this case which is currently set for December 21, 2010 at 1:30 p.m. is hereby continued to January 25, 2011, at 1:30 p.m.

* * END OF ORDER * *

COURT SERVICE LIST

| | | |
|---|---|---|
| | ASC Mortgage<br>PO Box 10388<br>Des Moines, IA 50306-0388 | AT&T Citi<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| American Medflight<br>485 S. Rock Blvd.<br>Reno, NV 89502-4129 | Andrew N. Contopolous<br>1900 N. California St. #650<br>Walnut Creek, CA 94596 | |
| BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | Banana Republic<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Bank of America<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| Bank of America - WorldPoints<br>PO Box 15102<br>Wilmington, DE 19886-5102 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812 |
| CHASE HOME FINANCE, LLC<br>Payment Department OH4-7142<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 60024<br>City Of Industry, CA 91716 |
| John Carstarphen<br>c/o J.Scott Russo, Esq<br>Russo & Duckworth<br>9090 Irvine Center Dr., 2nd Flr<br>Irvine, CA 92618-4658 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase - United<br>Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Chase - United<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ 85062-8420 | Chase Home Finance, LLC<br>Alvarado & Associates, LLP<br>1 Mac Arthur Pl. #210<br>Santa Ana, CA 92707-5998 |
| Children's Place Plan<br>Processing Center<br>Des Moines, IA 50364-0001 | Citi Cards<br>PO Box 6940<br>The Lakes, NV 88901-6940 | City National Bank<br>Frank T. Pepler<br>DLA Piper LLP (US)<br>555 Mission Street,<br>Suite 2400<br>San Francisco, CA 94105 |
| City National Bank<br>c/o Peter M. Hebert,Esq.<br>City National Bank<br>555 S. Flower Street, 18th Fl 100<br>Los Angeles, CA 90071-2300 | Colonial Bank<br>PO Box 10088<br>Birmingham, AL 35202-0088 | Colonial Bank<br>c/oRyan W. Herrick<br>Jones Vargas<br>West Liberty Street<br>12th Floor<br>Reno, NV 89501-1962 |
| Contra Costa County Tax Collector<br>PO Box 631<br>Martinez, CA 94553-0063 | Department Stores National Bank<br>Bloomingdale Bank/Macys<br>PO Box 8053<br>Mason, OH 45040-8053 | Department Stores National<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 |

| | | | |
|---|---|---|---|
| 1 | Dillard's/GEMB<br>American Express Card<br>PO Box 960012<br>Orlando, FL 32896-0012 | Fremont Bank<br>Attn: Kevin Beck<br>Foreclosure Manager<br>25151 Clawiter Road<br>Hayward, CA 94545-2731 | Fremont Bank<br>%Terrance L. Stinnett, Esq.<br>39150 Fremont Blvd. 3rd Fl<br>Fremont, CA 94538-1316 |
| 4 | Fremont Bank<br>39150 Fremont Blvd<br>Fremont, CA 94538-1316 | Fremont Bank<br>ATTN: Kevin Beck, Foreclosure Mgr<br>Loan Servicing Dept<br>25151 Clawiter Road<br>Hayward, CA 94545-2731 | Daniel K. Fujimoto<br>Wolf Firm<br>2955 Main St. 2nd. Fl.<br>Irvine, CA 92614-5909 |
| 7 | GE Money Bank<br>c/o Recovery Management Systems<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Gap<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Green Tree Mortgage<br>PO Box 94710<br>Palatine, IL 60094-4710 |
| 9 | Heritage Bank of Commerce<br>150 Almaden Blvd<br>San Jose, CA 95113-2010 | Heritage Bank of Commerce<br>c/o Breck E. Milde<br>Terra Law LLP<br>177 Park Ave, 3rd Fl<br>San Jose, CA 95113-2224 | Richard G Hill<br>652 Forest Street<br>Reno, NV 89509-1701 |
| 12 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Erin Jane Illman<br>DLA Piper, LLP (US)<br>555 Mission St. #2400<br>San Francisco, CA 94105-0922 | John Carstarphen<br>c/o Richard G. Hill<br>Richard G. Hill, Chartered<br>652 Forest Street<br>Reno, NV 89509-1701 |
| 14 | Kohl's<br>PO Box 30510<br>Los Angeles, CA 90030-0510 | Labor Commissioner<br>1515 Clay St.<br>Room 801<br>Oakland, CA 94612-1463 | Steven M. Lawrence<br>Alvarado and Associates<br>1 Mac Arthur Place #210<br>Santa Ana, CA 92707-5998 |
| 17 | Patricia H. Lyon<br>Law Offices of French and Lyon<br>22 Battery St. #404<br>San Francisco, CA 94111-5516 | Macy's<br>PO Box 6938<br>The Lakes, NV 88901-6938 | Merrill Lynch<br>FIA Card Services<br>PO Box 301200<br>Los Angeles, CA 90030 |
| 19 | Dennis D. Miller<br>Law Offices of Stein and Lubin<br>600 Montgomery St. 14th Fl.<br>San Francisco, CA 94111-2716 | Donna Lou Milsner<br>302 Iron Horse Court<br>Alamo, CA 94507-2655 | Richard Leland Milsner<br>302 Iron Horse Court<br>Alamo, CA 94507-2655 |
| 21 | Morgan Stanley<br>PO Box 163405<br>Fort Worth, TX 76161-3405 | Nevada State Bank<br>PO Box 990<br>Las Vegas, NV 89125-0990 | Nordstrom<br>PO Box 79137<br>Phoenix, AZ 85062-9137 |
| 23 | Office of the U.S. Trustee/Oak<br>Office of the U.S. Trustee<br>1301 Clay St. #690N<br>Oakland, CA 94612-5231 | Old Navy<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Pacific State Bank<br>PO Box 1649<br>Stockton, CA 95201-1649 |

| | | |
|---|---|---|
| Pottery Barn<br>PO Box 659705<br>San Antonio, TX 78265-9705 | Presidio Bank<br>c/o Dennis D. Miller, Esq.<br>Stein & Lubin LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111-2716 | Presidio Bank<br>120 Kearny Street, #230<br>San Francisco, CA 94108 |
| Presidio Bank<br>c/o Dennis D. Miller<br>Stein & Lubin LLP<br>600 Montgomery Street 14th Fl<br>San Francisco, CA 94111-2716 | R.L. Milsner, Inc.<br>1233 Alpine Road<br>Walnut Creek, CA 94596-4403 | Reno Flying Services, Inc.<br>485 S Rock Blvd.<br>Reno, NV 89502-4129 |
| Sallie Mae Servicing<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | Scott Valley Bank<br>1500 N. California Blvd.<br>Walnut Creek, CA 94596-7489 | Scott Valley Bank<br>PO Box 69<br>Yreka, CA 96097-0069 |
| Sears - Mastercard<br>PO Box 6937<br>The Lakes, NV 88901-3637 | Sierra West Development<br>415 US Highway 95A #602<br>Fernley, NV 89408-7008 | |
| State Board of Equalization<br>Collection Dept.<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | Terrance L. Stinnett<br>Fremont Bank<br>39150 Fremont Blvd. Mail Stop 0203a<br>Fremont, CA 94538-1316 | Terrance Stinnett<br>39150 Fremont Blvd 3rd Fl<br>Fremont, CA 94538-1316 |
| Tod A. Ratfield<br>1233 Alpine Road<br>Walnut Creek, CA 94596-4403 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | Union Bank<br>THE WOLF FIRM<br>2955 Main Street, 2nd Fl<br>Irvine, CA 92614-5909 |
| Union Bank<br>PO Box 85643<br>San Diego, CA 92186-5643 | Victoria's Secret<br>PO Box 182128<br>Columbus, OH 43218-2128 | Washoe County Tax Coll.<br>PO Box 30039<br>Reno, NV 89520-3039 |
| Wells Fargo Bank, N.A.<br>General Counsel, Wells Fargo<br>21680 Gateway Center Drive,<br>Diamond Bar, CA 91765-2456 | | |
| WestAmerica Bank<br>PO Box 1190<br>Suisun City, CA 94585-1190 | John H. Wunsch<br>Wells Fargo and Co.<br>21680 Gateway Center Dr. #280<br>Diamond Bar, CA 91765-2456 | |

# CERTIFICATE OF NOTICE

```
District/off: 0971-4           User: nwhite                Page 1 of 2           Date Rcvd: Dec 03, 2010
Case: 10-72426                 Form ID: pdfeoc             Total Noticed: 70


The following entities were noticed by first class mail on Dec 05, 2010.
db/jdb        +Richard Leland Milsner,    Donna Lou Milsner,    302 Iron Horse Court,    Alamo, CA 94507-2655
cr            +Chase Home Finance, LLC,    Alvarado & Associates, LLP,    1 Mac Arthur Pl. #210,
                Santa Ana, CA 92707-5998
cr            +City National Bank,    Frank T. Pepler,    DLA Piper LLP (US),    555 Mission Street, Suite 2400,
                San Francisco, CA 94105-0922
cr            +Fremont Bank,    Attn: Kevin Beck,    Foreclosure Manager,    25151 Clawiter Road,
                Hayward, CA 94545-2731
cr            +Fremont Bank,    %Terrance L. Stinnett, Esq.,    39150 Fremont Blvd. 3rd Floor,
                Fremont, CA 94538-1316
intp          +John Carstarphen,    c/o J.Scott Russo, Esq,    Russo & Duckworth,
                9090 Irvine Center Dr., 2nd Flr,    Irvine, CA 92618-4658
cr            +Presidio Bank,    c/o Dennis D. Miller, Esq.,    Stein & Lubin LLP,
                600 Montgomery Street, 14th Floor,    San Francisco, CA 94111-2716
intp          +Richard G Hill,    652 Forest Street,    Reno, NV 89509-1701
cr            +Scott Valley Bank,    1500 N. California Blvd.,    Walnut Creek, CA 94596-7489
cr            +Union Bank,    THE WOLF FIRM, A Law Corporation,    2955 Main Street, Second Floor,
                Irvine, CA 92614-5909
cr            +Wells Fargo Bank, National Association,    John H. Wunsch,    Office of the General Counsel,
                Wells Fargo & Company,    21680 Gateway Center Dr, Ste 280,    Diamond Bar, CA 91765-2456
11413987      +ASC Mortgage,    PO Box 10388,    Des Moines, IA 50306-0388
11413988      +AT&T Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
11413985      +American Medflight,    485 S. Rock Blvd.,    Reno, NV 89502-4129
11413986       Andrew N. Contopolous,    1900 N. California St. #650,    Walnut Creek, CA 94596
11413990       Bank of America,    PO Box 15102,    Wilmington, DE 19886-5102
11413991       Bank of America - WorldPoints,    PO Box 15102,    Wilmington, DE 19886-5102
11429879      +CHASE HOME FINANCE, LLC,    Payment Department OH4-7142,    3415 Vision Drive,
                Columbus, OH 43219-6009
11413994      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
11413993      +Capital One,    PO Box 60024,    City Of Industry, CA 91716-0024
11413995      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
11413997      +Chase - United,    PO Box 15298,    Wilmington, DE 19850-5298
11413996      +Chase - United,    Chase,    PO Box 94014,    Palatine, IL 60094-4014
11413998      +Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
11413999      +Children’s Place Plan,    Processing Center,    Des Moines, IA 50364-0001
11414000       Citi Cards,    PO Box 6940,    The Lakes, NV 88901-6940
11414001      +City National Bank,    c/o Peter M. Hebert,Esq.,    City National Bank,
                555 S. Flower Street, 18th Fl,    Los Angeles, CA 90071-2300
11414003      +Colonial Bank,    PO Box 10088,    Birmingham, AL 35202-0088
11414002      +Colonial Bank,    c/oRyan W. Herrick,    Jones Vargas,    100 West Liberty Street 12th Floor,
                Reno, NV 89501-1962
11414004      +Contra Costa County Tax Collector,    PO Box 631,    Martinez, CA 94553-0063
11441431      +Department Stores National Bank/Bloomingdales,    Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
11441430      +Department Stores National Bank/Bloomingdales Visa,    Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
11441429      +Department Stores National Bank/Macys,    Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
11414007      +Fremont Bank,    ATTN: Kevin Beck, Foreclosure Mgr,    Loan Servicing Dept,    25151 Clawiter Road,
                Hayward, CA 94545-2731
11414006      +Fremont Bank,    39150 Fremont Blvd,    Fremont, CA 94538-1316
11414009      +Green Tree Mortgage,    PO Box 94710,    Palatine, IL 60094-4710
11414011      +Heritage Bank of Commerce,    150 Almaden Blvd,    San Jose, CA 95113-2010
11414010      +Heritage Bank of Commerce,    c/o Breck E. Milde,    Terra Law LLP,    177 Park Ave, 3rd Fl,
                San Jose, CA 95113-2224
11414012      +John Carstarphen,    c/o Richard G. Hill,    Richard G. Hill, Chartered,    652 Forest Street,
                Reno, NV 89509-1701
11414014      +Macy’s,    PO Box 6938,    The Lakes, NV 88901-6938
11414015      +Merrill Lynch,    FIA Card Services,    PO Box 301200,    Los Angeles, CA 90030-1200
11414016      +Morgan Stanley,    PO Box 163405,    Fort Worth, TX 76161-3405
11414017      +Nevada State Bank,    PO Box 990,    Las Vegas, NV 89125-0990
11414020      +Pacific State Bank,    PO Box 1649,    Stockton, CA 95201-1649
11414021      +Pottery Barn,    PO Box 659705,    San Antonio, TX 78265-9705
11414022      +Presidio Bank,    c/o Dennis D. Miller,    Stein & Lubin LLP,    600 Montgomery Street 14th Fl,
                San Francisco, CA 94111-2716
11414023      +Presidio Bank,    120 Kearny Street, Suite 230,    San Francisco, CA 94108-4814
11414024      +R.L. Milsner, Inc.,    1233 Alpine Road,    Walnut Creek, CA 94596-4403
11414025      +Reno Flying Services, Inc.,    485 S Rock Blvd.,    Reno, NV 89502-4129
11414026      +Sallie Mae Servicing,    PO Box 9500,    Wilkes Barre, PA 18773-9500
11376543      +Scott Valley Bank,    PO Box 69,    Yreka, CA 96097-0069
11414028      +Sears,    PO Box 6937,    The Lakes, NV 88901-3637
11414029      +Sears - Mastercard,    PO Box 6937,    The Lakes, NV 88901-3637
11414030      +Sierra West Development, LLC,    415 US Highway 95A Ste 602,    Fernley, NV 89408-7008
11414031      +Terrance Stinnett,    39150 Fremont Blvd 3rd Fl,    Fremont, CA 94538-1316
11414032      +Tod A. Ratfield,    1233 Alpine Road,    Walnut Creek, CA 94596-4403
11414033      +Union Bank,    PO Box 85643,    San Diego, CA 92186-5643
11414034      +Victoria’s Secret,    PO Box 182128,    Columbus, OH 43218-2128
11414035      +Washoe County Tax Collector,    PO Box 30039,    Reno, NV 89520-3039
11419906      +Wells Fargo Bank, N.A.,    General Counsel, Wells Fargo,    21680 Gateway Center Drive,,
                Suite 280,    Diamond Bar, CA 91765-2456
11414036      +Wells Fargo Bank, N.A.,    c/o John H. Wunsch,    General Counsel, Wells Fargo,
                21680 Gateway Center Drive, Suite 280,    Diamond Bar, CA 91765-2456
11414037      +WestAmerica Bank,    PO Box 1190,    Suisun City, CA 94585-1190
```

```
The following entities were noticed by electronic transmission (continued)
The following entities were noticed by electronic transmission on Dec 04, 2010.
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2010 02:53:08     GE Money Bank,
                c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11413992        E-mail/PDF: bankruptcynotices@bmwfs.com Dec 04 2010 02:49:09    BMW Financial Services,
                Customer Service Center,    PO Box 3608,   Dublin, OH 43016-0306
11413989       +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2010 02:53:08     Banana Republic,   PO Box 530942,
                Atlanta, GA 30353-0942
11414005       +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2010 02:53:08     Dillard's/GEMB,
                American Express Card,    PO Box 960012,   Orlando, FL 32896-0012
11414008       +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2010 02:53:08     Gap,   PO Box 530942,
                Atlanta, GA 30353-0942
11414013       +E-mail/PDF: cr-bankruptcy@kohls.com Dec 04 2010 02:46:21      Kohl's,   PO Box 30510,
                Los Angeles, CA 90030-0510
11414018       +E-mail/Text: bnc@nordstrom.com                              Nordstrom,   PO Box 79137,
                Phoenix, AZ 85062-9137
11414019       +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2010 02:53:08     Old Navy,   PO Box 530942,
                Atlanta, GA 30353-0942
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11419894*     +ASC Mortgage,    PO Box 10388,    Des Moines, IA 50306-0388
11419893*     +American Medflight,    485 S. Rock Blvd.,    Reno, NV 89502-4129
11419895*     +Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
11419896*     +City National Bank,    c/o Peter M. Hebert,Esq.,    City National Bank,
                555 S. Flower Street, 18th Fl,    Los Angeles, CA 90071-2300
11419898*     +Colonial Bank,    PO Box 10088,    Birmingham, AL 35202-0088
11419897*     +Colonial Bank,    c/oRyan W. Herrick,    Jones Vargas,    100 West Liberty Street 12th,   Floor,
                Reno, NV 89501-1962
11419899*     +Fremont Bank,    39150 Fremont Blvd,    Fremont, CA 94538-1316
11419900*     +Heritage Bank of Commerce,    c/o Breck E. Milde,    Terra Law LLP,    177 Park Ave, 3rd Fl,
                San Jose, CA 95113-2224
11419901*     +Merrill Lynch,    FIA Card Services,    PO Box 301200,    Los Angeles, CA 90030-1200
11419902*     +Morgan Stanley,    PO Box 163405,    Fort Worth, TX 76161-3405
11419903*     +Nevada State Bank,    PO Box 990,    Las Vegas, NV 89125-0990
11419904*     +Pacific State Bank,    PO Box 1649,    Stockton, CA 95201-1649
11380398*     +Scott Valley Bank,    PO Box 69,    Yreka, CA 96097-0069
11414027*     +Scott Valley Bank,    PO Box 69,    Yreka, CA 96097-0069
11419905*     +Sierra West Development,,    LLC,    415 US Highway 95A Ste 602,    Fernley, NV 89408-7008
11419907*     +WestAmerica Bank,    PO Box 1190,    Suisun City, CA 94585-1190
                                                                                            TOTALS: 0, * 16, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 05, 2010**                    **Signature:**      *Joseph Speetjens*